IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE CUTLER, | : | NO: 4:14-CV-01758 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| BELLEFONTE AREA SCHOOL DISTRICT and JERRY STEINER, an individual, | : : : : | |
| Defendants. | : | |

**ORDER**

March 16, 2015

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT** Defendant Jeffrey Steiner's Motion to Dismiss the Complaint (ECF No. 11) is **GRANTED**. Plaintiff's defamation claim against Defendant is hereby **DISMISSED**.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge